IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Russell Frank Craig,<br><br>       Plaintiff,<br><br>vs.<br><br>James Sayer, et al.,<br><br>       Defendants. | **ORDER**<br><br>Case No. 1:22-cv-018 |

    Plaintiff Russell Frank Craig ("Craig") is an inmate at the North Dakota State Penitentiary. He initiated the above-captioned action with the submission of a pro se complaint in January 2022. On March 18, 2022, he filed a "Motion for Extension in Opposition to State's Responce [sic]." On March 23, 2022, he filed a motion to withdraw the motion he had filed on March 18, 2022.

    The court **GRANTS** Craig's motion to withdraw (Doc. No. 10) and deems as **MOOT** the "Motion for Extension in Opposition to State's Responce [sic]" (Doc. No. 9).

    **IT IS SO ORDERED.**

    Dated this 24th day of March, 2022.

                                                    */s/ Clare R. Hochhalter*
                                                  Clare R. Hochhalter, Magistrate Judge
                                                  United States District Court